Steven J. Luckner, Esq.
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 656-1600
Facsimile: (973) 656-1611
steven.luckner@ogletree.com
*Attorney for Defendant Taco Bell Corp.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------

| | | |
|---|---|---|
| CARLOS HERRERA, on behalf of himself and all others similarly situated, | : : : | Civil Action No. |
| | : | *Civil Action* |
| Plaintiff, | : : | **NOTICE AND PETITION FOR** |
| v. | : : | **REMOVAL OF CASE FROM THE** **SUPERIOR COURT OF NEW JERSEY** |
| TACO BELL CORPORATION, | : : | **&** |
| Defendant. | : : | **LOCAL CIVIL RULE 11.2** **CERTIFICATION** |

---------------------------------------------------------

**TO:**   Melissa E. Rhoads, Clerk of Court
    United States District Court for the District of New Jersey
    Martin Luther King Building & U.S. Courthouse
    50 Walnut Street, ROOM 4015
    Newark, New Jersey 07101

**ON NOTICE TO:**

    Daniel Zemel, Esq.
    660 Broadway
    Paterson, New Jersey 07514
    *Attorney for Plaintiff*

    Michelle M. Smith, Esq., Clerk
    The Superior Court of New Jersey
    Richard J. Hughes Justice Complex
    25 W. Market Street, 6th Floor North Wing
    Trenton, New Jersey 08625

    Clerk, Superior Court of New Jersey, Hudson County
    583 Newark Avenue
    Jersey City, New Jersey 07306

**PLEASE TAKE NOTICE:**

Defendant Taco Bell Corp. (incorrectly sued as Taco Bell Corporation) ("Taco Bell"), through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby notice and petition for the removal of this action from the Superior Court of New Jersey, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, to the United States District Court for the District of New Jersey, and as grounds for the removal states:

**I.    TIMELINESS OF REMOVAL**

1.      On  or about June 29, 2023, plaintiff Carlos Herrera ("Plaintiff") commenced a civil action against Defendant in the Superior Court of New Jersey, Hudson County, entitled *Carlos Herrera, on behalf of himself and all others similarly situated vs. Taco Ball Corporation,* Docket No. HUD-L-002328-23 ("the State Action").

2.       Plaintiff effected service of the Summons and Complaint on Taco Bell on July 13, 2023.  A copy of the Summons and Complaint is attached hereto as **Exhibit A**.

3.      These are the only process, pleadings, or orders known by Taco Bell to have been filed or served in the State Action.

4.      Pursuant to 28 U.S.C. § 1446(b), a Notice of Removal must be filed within 30 days after formal service of the Summons and Complaint upon Taco Bell. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999).

5.      This Notice of Removal has been timely filed within thirty (30) days after formal service of the Summons and Complaint on Taco Bell.

**II.    VENUE**

6.      The New Jersey Superior Court, Hudson County, is located within the District of New Jersey. 28 U.S.C. § 110. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

### III.    GROUNDS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

7.    Among the claims asserted, Plaintiff's Complaint seeks to secure injunctive relief for alleged violations of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.* ("ADA").

8.    This action is therefore properly removable under 28 U.S.C. § 1441(a), because the United States District Court has original jurisdiction in this case under 28 U.S.C. § 1331, which provides that the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331.

9.    This Court has jurisdiction without regard to the amount in controversy or the citizenship of the parties.

### IV.    SUPPLEMENTAL JURISDICTION

10.    In addition to Plaintiff's ADA claim, Plaintiff's Complaint also asserts one cause of action for declaratory relief.

11.    Both causes of action arise from the same nucleus of operative facts, specifically, the accessibility to persons with disabilities of Taco Bell's website, https://www.tacobell.com/ (the "Website"). Plaintiff claims the Website is not fully accessible to persons with disabilities, in violation of the ADA. Plaintiff also seeks a judicial declaration that Taco Bell owns, maintains and/or operates its Website in a manner that discriminates against the blind and fails to provide access for persons with disabilities as required by the ADA. *See generally* Complaint, Ex. A, ¶¶ 46-47, Prayer for Relief.

12.    Therefore, this Court has supplemental jurisdiction under 28 U.S.C. § 1367 over Plaintiff's state law cause of action for declaratory relief because it is sufficiently related to the removable federal ADA claim and arises from a common nucleus of operative facts. *See United*

*Mine Workers v. Gibbs*. 383 U.S. 715, 727 (1966); *MaxLite, Inc. v. ATG Elecs., Inc.*, 193 F. Supp. 3d 371, 390 (D.N.J. 2016).

## V.    CONCLUSION

13.    Taco Bell has not previously sought similar relief.

14.    Defendant Taco Bell Corp. is the only Defendant. There are no other parties whose consent is necessary to effectuate the removal of this action.

15.    To date, Taco Bell has not filed a responsive pleading in the State Action, and no other proceedings have transpired in that action.

16.    Pursuant to 28 U.S.C. § 1446, copies of this Notice of Removal have this day been served upon Plaintiff, and will be promptly filed with the Clerk of the Superior Court of New Jersey and the Clerk of the Superior Court in Hudson County, New Jersey.

17.    By removing this matter, Taco Bell does not waive, or intend to waive, any defenses it has including, but limited to, insufficiency of process, insufficiency of service of process, or lack of personal jurisdiction, and reserves the right to assert all defenses in this action.

18.    If any questions arise concerning the propriety of this removal, Taco Bell respectfully requests that the Court allow it to file a brief supporting removal and be heard in oral argument.

**WHEREFORE**, Defendant Taco Bell Corp. respectfully requests that this Honorable Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the Superior Court of New Jersey, Hudson County, to the United States District Court for the District of New Jersey.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
*Attorneys for Defendant*

By:    /s/ *Steven J. Luckner*
Steven J. Luckner, Esq.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 656-1600
Facsimile: (973) 656-1611
steven.luckner@ogletree.com

Date: August 14, 2023

## CERTIFICATION PURSUANT TO LOCAL RULE 11.2

I, Steven J. Luckner, Esq., counsel for Defendant, certify that the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

By:     /s/ Steven J. Luckner
Steven J. Luckner, Esq.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 656-1600
Facsimile: (973) 656-1611
steven.luckner@ogletree.com

Date: August 14, 2023

57479731.v3-OGLETREE